JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAY ROBERTS, | ) | CASE NO. 2:12-cv-07239-DDP-JC |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING STIPULATION** |
| vs. | ) | **RE DISMISSAL OF ENTIRE ACTION** |
| | ) | **AND ALL PARTIES, WITH** |
| COLLECTO INC. a/k/a COLLECTION COMPANY OF AMERICA a/k/a EOS GROUP d/b/a/ EOS CCA and DOES 1 through 10 inclusive, | ) ) ) ) ) | **PREJUDICE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court has reviewed the Stipulation of Plaintiff JAY ROBERTS and Defendant COLLECTO, INC. a/k/a EOS GROUP d/b/a EOS CCA to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Joint Stipulation between parties, the Court orders as follows:

/ / /

/ / /

1

1    That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant
2 to FRCP 41(a)(1).

**IT IS SO ORDERED**

DATED: September 3, 2013

UNITED STATES DISTRICT JUDGE

2

07243.00/197312

[PROPOSED] ORDER RE: STIPULATION RE DISMISSAL
**CASE NO. 2:12-cv-07239-DDP-JC**